**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs) (12/12)   Case Number **13−29730**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 8/24/13 and was converted to a case under chapter 7 on 9/24/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Spencer Lon Miller<br>71 East 2225 South<br>Clearfiled, UT 84015 | Tiffany Jasmine Miller<br>fka Tiffany Jasmine Derring<br>71 East 2225 South<br>Clearfiled, UT 84015 |
| Case Number:<br>13−29730 RKM | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3355<br>xxx−xx−3036 |
| Attorney for Debtor(s) (name and address):<br>Russell B. Weekes<br>Weekes Law, PLLC<br>11576 South State<br>Suite 1003<br>Draper, UT 84020<br>Telephone number: 888−818−9221 | Bankruptcy Trustee (name and address):<br>Steven R. Bailey tr<br>2454 Washington Blvd.<br>Ogden, UT 84401<br>Telephone number: (801) 621−4430 |

### Meeting of Creditors
Date: **October 30, 2013**     Time: **11:30 AM**
Location: **Federal Building, 324 25th Street, Room 6026, Ogden, UT 84401**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/30/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date: 10/1/13 |

### Online Information
Case information is available at no charge on our Voice Case Information System (VCIS). Call 1−866−222−8029 #85 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS**  FORM RAB9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                          United States Bankruptcy Court
                                  District of Utah
In re:                                                          Case No. 13-29730-RKM
Spencer Lon Miller                                              Chapter 7
Tiffany Jasmine Miller
      Debtors
                                CERTIFICATE OF NOTICE
District/off: 1088-2          User: ma                    Page 1 of 2          Date Rcvd: Oct 01, 2013
                              Form ID: rab9a              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db/jdb     +Spencer Lon Miller,   Tiffany Jasmine Miller,   71 East 2225 South,   Clearfiled, UT 84015-2122
tr         +Steven R. Bailey tr,   2454 Washington Blvd.,   Ogden, UT 84401-2312
8998861    +Aaron M. Olsen, DDS,   990 Medical Drive,   Suite G-1,   Brigham City, UT 84302-3077
8998862     All Finance Auto Utah,   4550 North Main Street,   Murray, UT 84107
8998864     Amsher Collection Services, Inc,   600 Beacon Pkwy,   Ste 300,   Birmingham, AL 35209-3114
8998866    +CACH, LLC,   4340 S Monaco Street,   Unit 2,   Denver, CO 80237-3408
8998869    +Check City,   PO Box 970183,   Orem, UT 84097-0183
8998870    +Convergent Outsourcing Inc,   10750 Hammerly Blvd,   Ste 200,   Houston, TX 77043-2317
8998871     Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
8998873    +Diversified Consultant,   10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
8998875    +Fed Loan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
8998880    +Liberty Acquisitions Servicing,   7100 West 44th Ave,   Suite 108,   Wheat Ridge, CO 80033-4701
8998881    +Mountainland Collections,   PO Box 1280,   American Fork, UT 84003-6280
8998882    +MyNextDayCash.com,   PO Box 14065,   Lenexa, KS 66285-4065
8998885    +Outsource Recovery,   180 300 W,   Ste 210,   SLC, UT 84101-1490
8998886    +Prime Acceptance Corp,   PO Box 571680,   Salt Lake City Utah, UT 84157-1680
9013035     Questar Gas Company,   Bankruptcy DNR 244,   1140 W 200 S,   PO BOX 3194,
             Salt Lake City, UT 84110-3194
9041352     R. C. Willey Financial Services,   P.O.Box 65320,   Salt Lake City, Utah 84165-0320
8998887    +RAC Acceptance,   5501 Headquarters Drive,   Plano, TX 75024-5837
8998889    +RC Willey,   2301 S 300 W,   SLC, UT 84115-2516
8998888    +Rapid Recovery Inc.,   845 South Main Street,   Suite 24,   Bountiful, UT 84010-6485
8998893    +Tyler Parsons,   7272 Sycamore Farm Road,   West Jordan, UT 84081-5692
8998894     UHEAA,   PO Box 145108,   Salt Lake City, UT 84114-5108
8998895    +United Consumer Finl S,   865 Bassett Road,   Westlake, OH 44145-1194
8998898    +WebBank/Fingerhut,   PO Box 166,   Newark, NJ 07101-0166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +EDI: BASSASSOC.COM Oct 02 2013 00:43:00      Patti H. Bass,   3936 E. Ft. Lowell Road,   Suite 200,
             Tucson, AZ 85712-1083
aty         E-mail/Text: ecf@weekeslaw.net Oct 02 2013 00:38:50      Russell B. Weekes,   Weekes Law, PLLC,
             11576 South State,   Suite 1003,   Draper, UT 84020
cr          EDI: BASSASSOC.COM Oct 02 2013 00:43:00      United Consumer Financial Services,
             c/o Bass & Associates, P.C.,   3936 E Ft. Lowell Rd. #200,   Tucson, AZ 85712-1083
9016339     EDI: AIS.COM Oct 02 2013 00:43:00      American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
8998863    +Fax: 800-295-3568 Oct 02 2013 00:50:03      Ameriloan,   3531 P Street NW,   PO Box 111,
             Miami, OK 74355-0111
8998865    +E-mail/Text: banko@bonncoll.com Oct 02 2013 00:39:20      Bonneville Collections,   PO Box 150621,
             Ogden, UT 84415-0621
8998866    +EDI: STFC.COM Oct 02 2013 00:43:00      CACH, LLC,   4340 S Monaco Street,   Unit 2,
             Denver, CO 80237-3408
8998867     E-mail/Text: bankruptcy@directfinancialsolutions.com Oct 02 2013 00:40:17      Cash Central,
             PO Box 6430,   North Logan, UT 84341-6430
9015079    +E-mail/Text: bankruptcy@directfinancialsolutions.com Oct 02 2013 00:40:17      Cash Central,
             84 East 2400 N,   North Logan, Utah 84341-2902
8998868    +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 02 2013 00:39:38      Cash Net Usa,
             200 West Jackson Blvd,   Suite 1400,   Chicago, IL 60606-6929
8998870    +EDI: CONVERGENT.COM Oct 02 2013 00:43:00      Convergent Outsourcing Inc,   10750 Hammerly Blvd,
             Ste 200,   Houston, TX 77043-2317
8998871     EDI: CONVERGENT.COM Oct 02 2013 00:43:00      Convergent Outsourcing Inc.,   PO Box 9004,
             Renton, WA 98057-9004
8998874    +E-mail/Text: bankruptcy@expressrecovery.com Oct 02 2013 00:39:47      Express Recovery Systems,
             2790 S Decker Lake Drive,   SLC, UT 84119-2057
8998876     EDI: AMINFOFP.COM Oct 02 2013 00:43:00      First Premier Bank,   Po Box 5519,
             Sioux Falls, SD 57117-5519
8998877    +EDI: HFC.COM Oct 02 2013 00:43:00      HSBC/NAUTL,   90 Christiana Rd,   New Castle, DE 19720-3118
8998878     EDI: ICSYSTEM.COM Oct 02 2013 00:43:00      I. C. Systems Inc.,   444 Hwy 96 E,   PO Box 64887,
             St. Paul, MN 55164-0887
8998879     EDI: IRS.COM Oct 02 2013 00:43:00      Internal Revenue Service,
             Centralized Insolvency Operation,   POB 21126,   Philadelphia, PA 19114-0326
8998884     E-mail/Text: bankruptcydepartment@ncogroup.com Oct 02 2013 00:40:09      NCO Financial Systems Inc,
             PO Box 15630,   Wilmington, DE 19850-5630
8998890    +EDI: PHINRJMA.COM Oct 02 2013 00:43:00      RJM Acquisitions LLC,   575 Underhill Blvd,   Ste 224,
             Syosset, NY 11791-4437
9042940     EDI: NEXTEL.COM Oct 02 2013 00:43:00      Sprint Nextel,   Attn Bankruptcy Dept,   PO Box 7949,
             Overland Park KS 66207-0949
8998892    +E-mail/Text: bankruptcy@speedyinc.com Oct 02 2013 00:39:41      Speedy Cash,
             8400 E 32nd Street North,   Wichita, KS 67226-2608
9027311    +EDI: BASSASSOC.COM Oct 02 2013 00:43:00      United Consumer Financial Services,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
9028825    +EDI: BASSASSOC.COM Oct 02 2013 00:43:00      United Consumer Financial Services,
             c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
```

```
District/off: 1088-2            User: ma                    Page 2 of 2                   Date Rcvd: Oct 01, 2013
                                Form ID: rab9a              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
8998897        +EDI: UTAHTAXCOMM.COM Oct 02 2013 00:43:00      Utah State Tax Commission,   Attn Bankruptcy Unit,
                 210 North 1950 West,   Salt Lake City, UT 84134-9000
8998899         E-mail/Text: cpayne@weber.edu Oct 02 2013 00:39:56      Weber State University,
                 1023 University Circle,   Ogden, UT 84408-0001
                                                                                                TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8998872         Diamond Link,   unknown,   unknown, UT
8998883         Namakan Capital LLC,   unknown,   unknown, UT
9030942*       +Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-4437
8998896       ##+United Recovery Group,   11639 S 700 E,   Ste 200,   Draper, UT 84020-8299
                                                                                       TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2013 at the address(es) listed below:
```
              Kevin R. Anderson tr    kanderson@ch13kra.com,   lneebling@ch13kra.com
              Patti H. Bass     on behalf of Creditor    United Consumer Financial Services ecf@bass-associates.com
              Russell B. Weekes    on behalf of Debtor Spencer Lon Miller ecf@weekeslaw.net
              Russell B. Weekes    on behalf of Joint Debtor Tiffany Jasmine Miller ecf@weekeslaw.net
              Steven R. Bailey tr    trusteebailey@baileylaw.org, UT06@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 6
```